

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ermando Barrera, Jr.,

Vs. No. 11-21-00151-CR

The State of Texas,

\* From the 32nd District Court
   of Nolan County,
   Trial Court No. 12149.

\* December 9, 2021

\* Per Curiam Memorandum Opinion
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete the "Restitution" of "$848.00." As modified, we affirm the judgment of the trial court.